AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### SOUTHERN DIVISION

GLENN C. MOORE,
    Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 7:10-CV-11-D**

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,
    Defendant.

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** the court adopts the Memorandum & Recommendations [D.E. 30]. Plaintiff's motion for judgment on the pleadings [D.E. 23] is DENIED, defendant's motion for judgment on the pleadings [D.E. 27] is GRANTED, and defendant's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **DECEMBER 30, 2010** WITH A COPY TO:

Lila T. Forro (via CM/ECF Notice of Electronic filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic filing)

December 30, 2010                DENNIS P. IAVARONE, Clerk
Date                                       Eastern District of North Carolina

                                                      /s/ Debby Sawyer
                                                      (By) Deputy Clerk

Raleigh, North Carolina